In the United States District Court

for the __Eastern__ District of __New York__

United States of America

v.

INESSA SHURIGINA

Criminal No.

06-712 (BMC)

**07 CRIM. 622**

*A TRUE COPY ATTEST*
DATE: July 26, 20 07
ROBERT C. HEINEMANN
CLERK
BY: [signature]
DEPUTY CLERK

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, __Inessa Shurigina__, defendant, have been informed that a __indictment__ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty__ (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the __Southern__ District of __New York__ in which I __am under indictment__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __June 5__, __2006__ at __MCC__

(Defendant) INESSA SHURIGINA

(Witness) Nancy Turner

So Ordered: [signature]
Brian M. Cogan
U.S. District Judge

(Counsel for Defendant) ROY R. KULCSAR

Approved

United States Attorney for the __Southern__ District of __New York__

United States Attorney for the __Eastern__ District of __New York__

FORM USA-153
SEP 82