

ROY R. KULCSAR
Attorney at Law
27 Union Square West
Suite 503
New York, New York 10003

Rrklaw@aol.com

Tel: (201) 446-0294
Fax: (201) 439-1478

**MEMO ENDORSED**

February 25, 2008

**BY TELECOPIER**
212-805-7917
The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08
```

Re:   **United States v. Inessa Shurigina**
      **06 cr 1024 (RPP)**
      **07 cr 409 (ILG)**

Dear Judge Patterson:

I am taking the liberty of writing this Honorable Court to request an adjournment of Ms. Shurigina's sentencing which is presently scheduled for February 25, 2008 until March 12, 2008 at 10:30am. I have spoken with Wilson Leung, Esq. and obtained the Government's consent.

The adjournment will allow Ms. Shurigina and me additional time needed to review translated material with respect to Ms. Shurigina's sentencing.

Thank you for your courteous consideration of this application

Most respectfully yours,

ROY R. KULCSAR

CC:   Wilson Leung, Esq
      Assistant United States Attorney
      BY TELECOPIER 212-637-0097
      Ross N. Kapinsky, Esq
      Senior Probation Officer
      BY TELECOPIER 212-805-0047

*Application granted*
*So ordered*
*Robt P Patterson*
*USDJ*
*2/25/08*