UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA           :

   -against-                                     :          ORDER
                                                                                                   Indictment Number:
INESSA SHURIGINA                         :          06 cr 1024-01 (RPP)
------------------------------------------------------------x          07 cr 622-01 (RPP)

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 8/13/08

       IT IS HEREBY ORDERED THAT the PreSentence Investigation Report be corrected forthwith to state that Inessa Shurigina is a Naturalized American Citizen since April 21, 1987; and further that the United States Probation Office for the Southern District of New York forthwith notify the Federal Bureau of Prisons of this Correction and take such other measures as may be required to correct the record of the Federal Bureau of Prisons regarding Inessa Shurigina's Immigration status.

Dated: August 13, 2008
       New York, New York

                                            HONORABLE ROBERT P. PATTERSON
                                            UNITED STATES DISTRICT JUDGE